JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD A. SURUY, | ) | No. ED CV 15-829-PA (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| WARREN L. MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: October 22, 2015

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE